**SCHNITZER STEEL PRODUCTS CO., a corporation, Appellant,**

v.

**AMTRO CORPORATION, S.A., a Panamanian corporation, and Cia. Estrella Blanca, Ltda., as owner of the S.S. NICTRIC, Appellees.**

**AMTRO CORPORATION, S.A., a Panamanian corporation, Cross-Appellant,**

v.

**SCHNITZER STEEL PRODUCTS CO., a corporation, and Cia. Estrella Blanca, Ltda., as Owner of the S.S. NICTRIC, Cross-Appellees.**

**No. 20526.**

United States Court of Appeals
Ninth Circuit.

Nov. 21, 1966.

Gunther F. Krause, Carl R. Neil, of Krause, Lindsay & Nahstoll, Portland, Or., for appellant-cross appellee Schnitzer Steel Products Co.

Lofton L. Tatum, of Wood, Wood, Tatum, Mosser & Brooke, Portland, Or., for appellee Cia. Estrella Blanca, Ltda.

Alex L. Parks, of Dusenbery, Martin, Beatty, Parks & Templeton, Portland, Or., Robert A. Fletcher, of Fletcher & Rauch, Los Angeles, Cal., for appellee-cross-appellant Amtro Corp., S. A.

Before POPE, BROWNING and DUNIWAY, Circuit Judges.

PER CURIAM.

We have before us appeals from a final decree in admiralty rendered in the court below. The trial judge stated his findings and conclusions in an opinion reported under the title Cia. Estrella Blanca, Ltda. v. S.S. Nictric, D.C., 247 F. Supp. 161.

This court is of the view that the opinion of the trial court correctly disposed of all issues in the case. Accordingly, the decree is affirmed for the reasons and on the grounds stated in the district court's opinion.

**Blanche PENNYMON, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 21018.**

United States Court of Appeals
Ninth Circuit.

Dec. 2, 1966.

Michael Rotberg, of Boyko & Simmons, Los Angeles, Cal., for appellant.

Edwin L. Miller, U. S. Atty., Shelby Gott, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before BARNES, JERTBERG and BROWNING, Circuit Judges.

PER CURIAM.

The sole question raised on this appeal is the sufficiency of the evidence to justify the conviction below. We are convinced the evidence was sufficient to justify the conviction. We affirm.